155 A.3d 899

## ROGALA

v.

## PATCHETT

**Pet. Docket No. 556, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

(No. C–05–CV–16–000020, Circuit Court for Caroline County).

Petition for writ of certiorari denied

155 A.3d 899

## SANTOS

v.

## DEPT. OF PUBLIC SAFETY & CORRECTIONAL SERVICES

**Pet. Docket No. 577, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 2049, Sept. Term, 2015).

Petition for writ of certiorari denied